UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

In Re:

Lowell C. Fields and
Tammie S. Fields

Debtors

Case No.: 12-06642
Chapter 13
Honorable James D. Gregg

### DEBTORS' SECOND POST-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN

NOW COME the Debtors, by their Attorneys, Debt Relief Legal Clinic, PLLC, and as for their Second Post-Confirmation Amendment to Chapter 13 Plan, state as follows:

1. Debtors filed for relief under Chapter 13 of the Bankruptcy Code on July 19, 2012, and their Plan was confirmed on December 20, 2012.

2. Debtors fell behind in plan payments, due to mandatory maximum withholding of federal income tax and skipped their December 2012 and January 2013 payments to compensate for the lost income.

3. This caused Debtors' plan to become approximately $4,500 in arrears.

4. Debtors are amending their plan payment to $2,560 per month for the duration of the Plan, effective July 1, 2013, to bring the arrears current and to satisfy the Stipulation entered into with VW Credit resolving its Motion for Relief From Stay, filed with this Court on May 29, 2013.

5. That the provisions of Debtors' Plan, except as amended herein and heretofore, shall remain unaffected.

WHEREFORE, Debtors pray that this amendment to their Plan be allowed.

Dated: 6-12-13

Lowell C. Fields, Debtor

Dated: 6/11/13

Tammie S. Fields, Debtor

DRAFTED BY:

*/s/ K. Krol*
_____
Kristen L. Krol (P55103)
Debt Relief Legal Clinic, PLLC
Attorneys for Debtor
4710 West Saginaw, Suite 7
Lansing, Michigan 48917
(517) 321-6804
Email: debtrlc@drlc.com